IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAVION RUSSELL
ADC #181820                                                                         PLAINTIFF

v.                              No. 4:25-cv-971-DPM

TANYA CHANCELLOR, Medical Nurse
Sup., WellPath Medical, Cummins Unit,
ADC;  ASHCRAFT and SMITH, Medical
Nurses, WellPath Medical, Cummins Unit,
ADC;  and MONI STINGYARD, Lt.,
Operations, Cummins Unit, ADC                                                     DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 15*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Russell's complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026